| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 19-23070<br>District of Maryland<br>Baltimore<br>Tue Dec 10 13:23:44 EST 2019 | Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | AAA DEBT REC<br>POB 129<br>MONROEVILLE, PA 15146-0129 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 | COMPTROLLER OF MARYLAND<br>STATE OF MARYLAND<br>301 PRESTON STREET<br>BALTIMORE, MD 21201-2305 |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS, NV 89193-8873 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| DEPARTMENT OF EDUCATION/NELNET<br>ATTN: CLAIMS<br>PO BOX 82505<br>LINCOLN, NE 68501-2505 | DEPARTMENT OF EDUCATION/NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501-2561 | First National Bank of Pennsylvania<br>c/o AAS Debt Recovery Inc.<br>2526 Monroeville Blvd Suite 205<br>Monroeville, PA 15146-2371 |
| GENESIS BC/CELTIC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076-4401 | GENESIS BC/CELTIC BANK<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 | Harford County, Maryland<br>Department of Law<br>220 South Main Street<br>Bel Air, MD 21014-3820 |
| IC SYSTEM, INC<br>ATTN: BANKRUPTCY<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | IC SYSTEM, INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVNUE SERVICE - INSOLVENCY<br>CENTRALIZED INSOLVENCY OPERATION<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING/RESURGENT CAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 |
| LVNV FUNDING/RESURGENT CAPITAL<br>C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29602 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LYONS, DOUGHTY & VELDHUIS<br>TWO OWINGS MILLS CORP CENTER<br>10461 MILL RUN CIRCLE, SUITE 110<br>OWINGS MILLS, MD 21117-5510 | Litigation Enforcement Group<br>1670 Harbin Road SW<br>Atlanta, GA 30311-3738 | MARYLAND COMPTROLLER OF THE TREASURY<br>COMPLIANCE DIVISION, ROOM 409<br>301 WEST PRESTON STREET<br>BALTIMORE, MD 21201-2383 |
| MIDLAND FUNDING<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108-2709 | MIDLAND FUNDING<br>320 EAST BIG BEAVER<br>TROY, MI 48083-1271 | NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, South Carolina 29603-0826 |

```
PEROUTKA, MILLER, KLIMA & PETERS, PA      RAUSCH, STRUM, ISREAL, ENESON & HORNIK      SANTANDER CONSUMER USA
8028 RITCHIE HIGHWAY, SUITE 300           6301 IVY LANE, SUITE 418                    ATTN: BANKRUPTCY DEPT
PASADENA, MD 21122-1360                   GREENBELT, MD 20770-6306                    P.O. BOX 560284
                                                                                      DALLAS, TX 75356-0284


SHELLPOINT MORTGAGE SERVICING             SHELLPOINT MORTGAGE SERVICING               SOUTHWEST CREDIT SYSTEMS
55 BEATTIE PLACE                          ATTN: BANKRUPTCY                            4120 INTERNATIONAL PARKWAY
GREENVILLE, SC 29601-2165                 PO BOX 10826                                SUITE 1100
                                          GREENVILLE, SC 29603-0826                   CARROLLTON, TX 75007-1958


STANTON J LEVINSON, ESQUIRE               Santander Consumer USA Inc                  Santander Consumer USA, Inc.
4800 HAMPDEN LANE, SUITE 200              PO Box 961245                               P.O. Box 560284
BETHESDA, MD 20814-2934                   Fort Worth TX 76161-0244                    Dallas, TX 75356-0284


State of Maryland DLLR                    TOYOTA FINANCIAL SERVICES                   (p)TOYOTA MOTOR CREDIT CORPORATION
Division of Unemployment Insurance        111 W 22ND ST                               PO BOX 8026
1100 N. Eutaw Street, Room 401            OAKBROOK, IL 60521                          CEDAR RAPIDS IA 52408-8026
Baltimore, MD 21201-2225


Toyota Motor Credit Corporation           US Department of Education c/o Nelnet       Verizon
c/o Becket and Lee LLP                    121 S 13th St, Suite 201                    by American InfoSource as agent
PO Box 3001                               Lincoln, NE 68508-1911                      4515 N Santa Fe Ave
Malvern  PA 19355-0701                                                                Oklahoma City, OK 73118-7901


Lisa M. Grauer                            Raymond G Grauer Jr.                        Robert M. Stahl IV
221 Kershaw Court                         221 Kershaw Court                           Robert M. Stahl, LLC
Joppa, MD 21085-4612                      Joppa, MD 21085-4612                        1142 York Road
                                                                                      Lutherville, MD 21093-6202


Robert S. Thomas II
300 E Joppa Road, Suite 409
Towson, MD 21286-3005
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS, LLC            TOYOTA FINANCIAL SERVICES
16 MCLELAND ROAD                          ATTN: BANKRUPTCY DEPT
SAINT CLOUD, MN 56303                     PO BOX 8026
                                          CEDAR RAPIDS, IA 52409
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)New Rez LLC d/b/a Shellpoint Mortgage Serv    (u)TOYOTA FINANCIAL SERVICES         End of Label Matrix
                                                 INVALID ADDRESS PROVIDED             Mailable recipients   48
                                                                                      Bypassed recipients    2
                                                                                      Total                 50
```