## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　**RAYMOND G. GRAUER, JR**.
　　**LISA M. GRAUER**
　　Debtor(S)　　　　　　　　　　　　　　　　　　　　Case No.: 19-23070

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
### PURSUANT TO BANKRUPTCY RULE 2002

**WILL THE CLERK OF THE COURT,** PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, KIM PARKER AND THE LAW OFFICES OF KIM PARKER, P.A., hereby enter their appearance on behalf of LITIGATION ENFORCEMENT GROUP ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

KIM PARKER, ESQUIRE
THE LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
kp@kimparkerlaw.com

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kim Parker*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kim Parker, Esq., (Fed Bar: 23894)
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF KIM PARKER, P.A.
　　　　　　　　　　　　　　　　　　　　2123 Maryland Avenue
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21218
　　　　　　　　　　　　　　　　　　　　410-234-2621
　　　　　　　　　　　　　　　　　　　　kp@kimparkerlaw.com